No. 1345. Sevillano, Demandante y Apelante, v. Rodríguez, Demandada y Apelada.—Desahucio. San Juan, Sección 1ª. Junio 2, 1915. *Desestimada la apelación.*

No. 1344. Puigdollers, Demandante y Apelada, v. Fernández et al., Demandados y Apelantes. Reivindicación. San Juan, Sección 2ª. Junio 2, 1915. *Desestimada la apelación.*

No. 1185. Capó, Demandante y Apelado, v. Piñeiro, Demandado y Apelante.—Cobro de dinero. Guayama. Junio 4, 1915. *Desestimada la apelación.*

No. 1222. Hernández, Demandante y Apelado, v. Torres et al., Demandado y Apelante.—Memorándum de costas y desembolsos. Mayagüez. Junio 4, 1915. *Desestimada la apelación.*

No. 146. Rivera, Peticionario, v. Córdova Dávila, Juez de Distrito de San Juan, Sección 1ª., Demandado.—*Certiorari.* Junio 4, 1915. *Desistido el peticionario.*

No. 1347. Cintrón et al., Demandantes y Apelantes, v. El Banco Territorial y Agrícola de Puerto Rico, Demandado y Apelado.—Ejecución de sentencia y rendición de cuentas. San Juan, Sección 2ª. Junio 4, 1915. *Desestimada la apelación.*

No. 147, Pérez, Peticionario, v. Sepúlveda, Juez de Distrito de Ponce, Demandado.—*Certiorari.* Junio 7, 1915. *Sin lugar la solicitud.*

No. 1352. Mallen, Demandante y Apelada, v. Vidal, hoy su Sucesión, Demandado y Apelante.—*Litis expensas.* Ponce. Junio 14, 1915. *Desestimada la apelación.*